IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-251 |
| JAMEEL CRUM | : | |

| | | |
|---|---|---|
| JAMEEL CRUM | : | |
| v. | : | CIVIL NO. 16-597 |
| UNITED STATES OF AMERICA | : | |

**MEMORANDUM**

The defendant in this case pled guilty to a single count indictment charging possession of a firearm by a convicted felon, under 18 U.S.C. § 922(g)(1).  Defendant was sentenced to a term of imprisonment of 100 months, on April 1, 2015.  Defendant has filed a Petition for Relief under 28 U.S.C. § 2255, based on the incorrect assumption that he was sentenced under the Armed Career Criminal Act, which has been the subject of recent United States Supreme Court decisions.  However, the record is clear that the defendant was not sentenced under the Armed Career Criminal Act, and there is no merit to his Petition and it will therefore be **DISMISSED** without a certificate of appealability.  An appropriate Order follows.

O:\Criminal Cases\14cr251 Crum Memo 04202016.docx