# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
| --- | --- | --- |
| v. | : | CRIM. NO. 14-251 |
| JAMEEL CRUM | : | |

| JAMEEL CRUM | : | |
| --- | --- | --- |
| v. | : | CIVIL NO. 16-0597 |
| UNITED STATES | : | |

## ORDER

AND NOW, this 21st day of April, 2016, upon consideration of the petitioner Jameel Crum's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, and the government's response, it is hereby ORDERED that the petitioner's motion is without merit and, therefore, is DENIED. As the motion is without merit, the Court declines to issue a certificate of appealability.

BY THE COURT:

HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*

cc: Defendant